**RECEIVED**

OCT 3 1 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CARL A. DAVIS<br>    LA. DOC # 305586<br>VS. | CIVIL ACTION NO. 6:11-cv-0794<br><br>SECTION P<br><br>JUDGE DOHERTY |
| WARDEN, LAFAYETTE PARISH<br>CORRECTIONS CENTER | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 31 day of October, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE